## J. and L. ROBINSON v. JESSE HARRIS' LESSEE.

High Court of Errors and Appeals.   June, 1818.

*Clayton's Notebook, 180.*

On the argument THE CHANCELLOR took occasion to observe that the widow of *cestui que trust* was in this state entitled to her dower, and that the hasty decisions which gave rise to the rule in the English courts to the contrary were disregarded.  *Godwin v. Winsmore,* 2 Atk. 526.

CHANCELLOR RIDGELY.   The court below was right:

1.   The Robinsons were estopped by their deed to Harris from setting up the mortgage to Evans;  they were barred to aver against their own act.   Esp.N.P. 457.

2.   We recognize *Doe ex dem. Bristowe v. Pegge,* 1 Term 758, as sound law, notwithstanding its being overruled in the case *Doe ex dem. Hodgson v. Staple,* 2 Term 684.   There was no dispute between Harris and Evans;  the latter did not interfere in the suit. Mortgages are, more especially in this state, to be considered merely in the light of securities for the payment of money;  the mortgagee is rarely, if ever, put in possession of the land.